1  GREGORY A. BROWER
   United States Attorney
2  District of Nevada
   MICHAEL A. HUMPHREYS
3  Assistant United States Attorney
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
5  Facsimile: (702)388-6787
   Michael.Humphreys@usdoj.gov
6  Attorney for the Plaintiff

7

8                      **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10 UNITED STATES OF AMERICA,            )
                                        )
11              Plaintiff,              )
                                        )
12       v.                             )      2:09-CV-86-KJD (GWF)
                                        )
13 $999,830.00 IN UNITED STATES         )
   CURRENCY,                            )
14                                      )
                                        )
15              Defendant.              )

16        **UNITED STATES' NOTICE OF SUBSTITUTION OF COUNSEL**

17        Notice is hereby provided to the Clerk of the Court and to all other interested parties that

18 Assistant United States Attorney Michael A. Humphreys is hereby substituted for Assistant

19 United States Attorney Daniel D. Hollingsworth as the attorney of record in this matter.  All

20 future papers, correspondence and court orders should be directed to the attention of Mr.

21 Humphreys.

22        DATED this 29th day of June, 2009.

23                                      Respectfully submitted,

24                                      GREGORY A. BROWER
                                        United States Attorney
25

26

27  /s/ DanielDHollingsworth           /s/ MichaelAHumphreys
    DANIEL D. HOLLINGSWORTH            MICHAEL A. HUMPHREYS
28  Assistant United States Attorney   Assistant United States Attorney

**PROOF OF SERVICE**

I, Maliece Troth,, certify the following individuals were served with the **UNITED STATES' NOTICE OF SUBSTITUTION OF COUNSEL** on this date by the below identified method of service:

E-mail/ECF

Ronald N Richards
Ronald Richards & Associates
P.O. Box 11480
Beverly Hills , CA  90213
Pro Hac Vice
Email: ron@ronaldrichards.com

T. Louis Palazzo
Goodman Law Group
520 S 4th Street
Second Floor
Las Vegas , NV  89101
Email: louis@palazzolawfirm.com

DATED this 29th day of June, 2009.

 /s/MalieceTroth
MALIECE TROTH
Forfeiture Support Associate Paralegal