1   *$38,570 in U.S. Currency*, 950 F.2d at 1113; *$191,910.00 in U.S. Currency*, 16 F.3d at 1058.

2       Here, claimant Simard had possession and made an unequivocal claim to the currency.

3   (*Simard Decl*).   **This is enough for standing under *$148,840.00, supra* and at this early stage**

4   **of the pleadings**.

5       Doubts as to the credibility of the movant's affiants or witnesses may lead the court to

6   conclude that a genuine issue exists.   Indeed, as the Advisory Committee states in its Note to the

7   1963 amendment of Rule 56(e): "Where an issue as to a material fact cannot be resolved without

8   observation of the demeanor of witnesses in order to evaluate their credibility, summary judgment

9   is not appropriate."   Assessing evidentiary weight and credibility are not ordinarily consistent with

10  a ruling on a summary judgment motion.   *Nyari v. Napolitano* 562 F.3d 916, 922 (8th Cir. 2009)

11      In this case, by ruling on the affidavits as the Court did in its order, it made credibility

12  findings.   This was improper.

13  **VI. THE CLAIMANT WAS PRECLUDED FROM BRINING A SUPPRESSION**
    **MOTION BECAUSE NO RULE 26 EXCHANGE OCCURRED OR A RULE 16**
14  **CONFERENCE DUE TO THE PENDING 12(b) MOTION TO DISMISS**

15      The motion before the magistrate stayed the rest of the proceedings.   It was impossible for

16  counsel with the benefit of any discovery to bring a suppression motion and it is simply unfair the

17  Court mentioned it in its opinion that none was brought.   The motion to strike was pending for

18  seven months.   Both parties - - especially the government - - wanted to wait for the outcome of that

19  motion.

20  DATED this 17th day of March, 2010.

21                                  PALAZZO LAW FIRM
                                    A PROFESSIONAL CORPORATION
22
                                    /s/ T. Louis Palazzo, Esq.
23                                  _____

24                                  LAW OFFICES OF RONALD RICHARDS
                                    & ASSOCIATES, A.P.C.
25

26                                  /s/ Ronald Richards, Esq.
                                    _____
27
                                    Attorneys for Michael Simard
28

**MOTION FOR RECONSIDERATION**