RONALD RICHARDS, ESQ. #176246
LAW OFFICES OF RONALD RICHARDS & ASSOC., A.P.C.
P.O. Box 11480
Beverly Hills, CA 90213
Tel: (310) 556-1001
Fax: (310) 277-3325
email: ron@ronaldrichards.com

*Attorneys for Claimant Michael Simard*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$999,830.00 IN UNITED STATES CURRENCY<br><br>    Defendant. | CASE NO.: 2:09-CV-86-KJD(GWF)<br><br>NOTICE OF APPEAL |

## NOTICE OF APPEAL

Notice is hereby given that CLAIMANT Michael Simard, in the above named case, hereby appeals to the United States Court of Appeals for the 9th Circuit from an order granting Plaintiff's motion to strike his claim (#20) entered in this action on the 12th day of March, 2010. Claimant's motion for reconsideration (#23) was denied on March 4, 2011.

LAW OFFICES OF RONALD RICHARDS
& ASSOCIATES, A.P.C.

/s/ Ronald Richards, Esq.
_____
Attorneys for Michael Simard

NOTICE OF APPEAL
1